THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Keith Sharpe, Appellant.
 
 
 
 
 

Appeal From Bamberg County
Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No.   2009-UP-581
 Submitted November 2, 2009 Filed December
3, 2009

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
  Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, of Columbia; Solicitor Barbara R. Morgan, of Aiken, for
 Respondent.
 
 
 

PER CURIAM:  Keith Sharpe appeals his guilty plea to possession with intent to distribute
 cocaine and criminal domestic violence (third offense), arguing the plea judge
 erred in accepting his plea without advising him of his right to confront his
 accusers.  After a thorough
 review of the record and counsel's brief, pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., CURETON,
 A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.